■ CORINNE C. WATERMAN, Appellant, v. STATE OF NEW YORK, Respondent.— Motion for reargument and for other relief. Motion denied, without costs. Present — Foster, P. J., Bergan, Coon, Gibson, and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS P. REILLY, Appellant.— Application for an extension of time within which to perfect appeal granted and time is extended until the January 1960 Term of this court. Application for assignment of counsel denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD COLIN, Appellant.— Application for an extension of time within which to perfect appeal. Application granted and time extended for 90 days. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of GEORGE SRUBAR, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before December 15, 1959 and is ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of OSWEGO TRANSPORTATION LINES, INC., Appellant, against BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission of the State of New York, Respondents.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of NEW YORK COMPENSATION INSURANCE RATING BOARD, Its Members, Individually and as an Association, and Its Subscribers, Petitioners, against SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Stay continued until October 10, 1959 within which time an application may be made to the Court of Appeals. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of MANSELL L. MACLEAN, Appellant, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion to dismiss appeal granted, without costs, unless the appellant perfects appeal, files record and brief on or before October 30, 1959 and is ready for argument at the November Term. Stay continued. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ EMIL MORTON et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 32839.) — Decision of this court, handed down August 13, 1959 (ante, p. 601), amended to read as follows: Motion by defendant-appellant-respondent for permission to appeal to the Court of Appeals denied, without costs. Cross motion by claimants-respondents-appellants for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of GEORGE SMITH et al., Respondents. GREENVILLE MILLS, INC., Appellant. MARTIN P. CATHERWOOD, Industrial Commissioner, Respondent.— Application to restore appeal to the calendar of this court. Application granted upon condition that the appeal be perfected and that record and brief be served and filed on or before October 20, 1959 and be ready for argument at the November Term of this court. In the meantime and pending determination of the appeal the stay against the Industrial Commissioner is continued. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.